IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SUSAN GREEN, ) | |
| ) | |
| *Plaintiff*, ) | |
| v. ) | NO. 3:06-0402 |
| ) | JUDGE HAYNES |
| WAL-MART STORES, INC., ) | |
| ) | |
| *Defendant*. ) | |

## O R D E R

In accordance with the Memorandum filed herewith, the Defendant Wal-Mart's motion for summary judgment (Docket Entry No. 21) and the motion to strike (Docket Entry No. 26) are **GRANTED**. This action is **DISMISSED with prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the ___24th___ day of September, 2007.

WILLIAM J. HAYNES, JR.
United States District Judge